1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No. CR20-449 (EMC)
                                         )
14 |       Plaintiff,                    ) **[PROPOSED] ORDER TO EXCLUDE TIME**
                                         ) **FROM AUGUST 4, 2021 THROUGH**
15 |   v.                                ) **SEPTEMBER 9, 2021**
                                         )
16 | JAZMIN CUEVAS-CAPETILLO,            )
                                         )
17 |       Defendant.                    )
                                         )
18 |_____)

19      Defendant Cuevas-Capetillo was scheduled to appear before the District Court on August 4,
20 2021 for change of plea. On August 3, 2021, however, Defendant's counsel moved to withdraw.
21 Defendant is scheduled for identification of new counsel on August 25, 2021 before the magistrate court
22 and a status conference before the District Court on September 8, 2021.
23      The government respectfully requests that the Court exclude time from August 4, 2021 through
24 September 8, 2021 under the Speedy Trial Act for continuity of counsel and effective preparation of
25 counsel.
26
27
28

STIPULATION                                      1                                        v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth above and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from August 4, 2021 through September 8, 2021, is warranted and that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: August 24, 2021

_____
HON. EDWARD M. CHEN
United States District Judge